IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>SUWONNEE PONGNORSING; AND WESTSIDE PLAZA PHARMACY AKA WEST MODESTO PHARMACY,<br><br>     Defendants and Judgment Debtors.<br><br>AETNA LIFE INSURANCE COMPANY, (and its Successors and Assignees),<br><br>     Garnishee. | CASE NO.  2:17-MC-00062-MCE-CKD<br><br>ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (MEDICARE, TRICARE OR MEDICAID REIMBURSEMENTS) |

The Court, having reviewed the court files and the United States' Application for Order Terminating the Writ of Continuing Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application.

///

///

///

///

///

///

ORDER

The Writ of Garnishment issued under this miscellaneous case number against Suwonnee Pongnorsing, and Westside Plaza Pharmacy aka West Modesto Pharmacy is hereby terminated pursuant to 28 U.S.C. § 3205(c)(10)(B) and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  October 22, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

AFFIDAVIT                                  2